**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 06-1912**

———————

CLARA SUE HUGHES,

Petitioner,

versus

CLINCHFIELD COAL COMPANY; DIRECTOR, OFFICE OF
WORKERS' COMPENSATION PROGRAMS,

Respondents.

———————

On Petition for Review of an Order of the Benefits Review Board.
(06-0138-BLA)

———————

Submitted: March 19, 2007          Decided: April 5, 2007

———————

Before MOTZ and TRAXLER, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Clara Sue Hughes, Petitioner Pro Se.  Timothy Ward Gresham, PENN,
STUART & ESKRIDGE, Abingdon, Virginia; Patricia May Nece, Emily
Goldberg-Kraft, UNITED STATES DEPARTMENT OF LABOR, Washington,
D.C., for Respondents.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Clara Sue Hughes seeks review of the Benefits Review Board's decision and order affirming the administrative law judge's denial of black lung benefits pursuant to 30 U.S.C. §§ 901-945 (2000). Our review of the record discloses that the Board's decision is based upon substantial evidence and is without reversible error. Accordingly, we affirm for the reasons stated by the Board. Hughes v. Clinchfield Coal Co., No. 06-0138-BLA (B.R.B. July 28, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED